DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**ANGEL AQUINO** and **KARLA RODRIGUEZ,**
Appellants,

v.

**LESTER CHOY,**
Appellee.

No. 4D22-3309

[July 26, 2023]

Appeal from the County Court for the Seventeenth Judicial Circuit, Broward County; Betsy Benson, Judge; L.T. Case No. COCE21021495.

Annabel C. Majewski of Wasson & Associates, Chartered, Miami, and Jeffrey S. Greenhaus of Jeffrey S. Greenhaus, P.A., Miami, for appellants.

Kai E. Jacobs of South Florida Business Law Group, Coral Gables, for appellee.

PER CURIAM.

*Affirmed. See Ortuzar v. Foley*, 339 So. 3d 456, 458–59 (Fla. 2d DCA 2022) ("Section 83.48[, Florida Statutes (2022)] does not provide that attorney's fees will inure to 'the prevailing party'; it provides that a party in whose favor 'a judgment or decree has been rendered' may recover fees from the nonprevailing party . . . [a]nd a voluntary dismissal without prejudice is not an adjudication of the merits.") (footnote omitted).

KLINGENSMITH, C.J., FORST and ARTAU, JJ., concur.

\*　　　\*　　　\*

***Not final until disposition of timely filed motion for rehearing.***